| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| __Eastern__ District of __Louisiana__ (State) | |
| Case number (*If known*): _____ Chapter __7__ | |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual 12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   Dynamic Industries Saudi Arabia Limited

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 85MW+RRQ | |
   | Number  Street | Number  Street |
   | | P.O. Box |
   | Al Jawharah | |
   | City  State  ZIP Code | City  State  ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Al Khobar 34431, Saudi Arabia | 400  Poydras Street |
   | County | Number  Street |
   | | Suite 1800 |
   | | New Orleans  LA  70130 |
   | | City  State  ZIP Code |

Official Form 205     Involuntary Petition Against a Non-Individual     page 1

| Debtor | Dynamic Industries Saudi Arabia Limited | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | n/a |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>❏ Partnership (excluding LLP)<br>❏ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. § 101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>■ None of the types of business listed.<br>❏ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ■ No<br>❏ Yes. Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>                                           MM / DD / YYYY<br>Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>                                             MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:*<br>■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>❏ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked*:<br>■ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>❏ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ■ No<br>❏ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

| Debtor | Dynamic Industries Saudi Arabia Limited | Case number (if known) _____ |
|---|---|---|
| | Name | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Ultra Deep Picasso Pte. Ltd. | Accounts Receivable | $ 5,542,853 |
| Zakher Marine Saudi Company Limited | Accounts Receivable | $ 964,933 |
| Stanford Marine LLC | Accounts Receivable | $ 1,919,762 |
| | Total of petitioners' claims | $ 8,427,548 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Ultra Deep Picasso Pte. Ltd.
Name

16E    Tuas Avenue 1
Number    Street

#05-63                                    639537
City                    State             ZIP Code

**Name and mailing address of petitioner's representative, if any**

Shel Hutton
Name

(as above)
Number    Street

_____
City                    State             ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  16/07/2022
             MM / DD / YYYY

X _____[signature]_____
Director
Signature of petitioner or representative, including representative's title

### Attorneys

J. Stephen Simms
Printed name

Simms Showers LLP
Firm name, if any

201    International Circle
Number    Street

Baltimore                MD              21030
City                     State           ZIP Code

Contact phone  443-290-8704   Email  jssimms@simmsshowers.com

Bar number  4269

State  Maryland

X _____[signature]_____
Signature of attorney

Date signed  07/21/2022
             MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

Debtor **Dynamic Industries Saudi Arabia Limited**     Case number *(if known)*_____
      Name

---

**Name and mailing address of petitioner**

Name: Zakher Marine Saudi Company Limited

Number/Street: 6140 KING SALMAN BIN ABDUL AZIZ ROAD

City: YARMOUK DISTRICT, AL KOBAR    State: Saudi Arabia    ZIP Code:

**Name and mailing address of petitioner's representative, if any**

Name: Ali Elali

Number/Street: (as above)

City:    State:    ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/17/2022 (MM/DD/YYYY)

✗ *[signature]*    General Manager
Signature of petitioner or representative, including representative's title

---

Printed name: **J. Stephen Simms**

Firm name: Simms Showers LLP

Number/Street: 201 International Circle

City: Baltimore    State: MD    ZIP Code: 21030

Contact phone: 4432908704    Email: jssimms@simmsshowers.com

Bar number: 4269

State: Maryland

✗ *[signature]*
Signature of attorney

Date signed: 07/21/2022 (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: Stanford Marine LLC

Number/Street: 16th Flr Single Business Tower, Shaikh Zayed Road

City: Dubai    State: UAE    ZIP Code:

**Name and mailing address of petitioner's representative, if any**

Name: Shamjith Nayam Veettil

Number/Street: (as above)

City:    State:    ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 21/07/2022 (MM/DD/YYYY)

✗ *[signature]*    General Manager
Signature of petitioner or representative, including representative's title

---

Printed name: **J. Stephen Simms**

Firm name: Simms Showers LLP

Number/Street: 201 International Circle

City: Baltimore    State: MD    ZIP Code: 21030

Contact phone: 4432908704    Email: jssimms@simmsshowers.com

Bar number: 4269

State: Maryland

✗ *[signature]*
Signature of attorney

Date signed: 07/21/2022 (MM/DD/YYYY)