UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 22-10823 |
| Dynamic Industries Saudi Arabia | § | |
| Limited | § | Chapter 7 |
| | § | |
| Debtor. | § | Hon. Meredith S. Grabill |

## NOTICE OF SERVICE

I hereby certify that, on July 28, 2022, a copy of the Court's Order granting admission to J. Stephen Simms *pro hac vice* and Order granting alternative service of process to be served on Etienne Balart, Counsel to Debtor Dynamic Industries Saudi Arabia ("DISA") Limited, by U.S. Mail to Jones Walker LLP, 201 St. Charles Ave., New Orleans, LA 70170-5100, and to DISA by First Class U.S. Mail to Donald J. Sinitiere, General Manager of DISA, 1409 Armenco Road, New Iberia, LA 70560-0603.

Dated: July 28, 2022.

Respectfully Submitted,

/s/ J. Stephen Simms
J. Stephen Simms (*pro hac vice* pending)
Simms Showers LLP
201 International Circle, Ste 230
Baltimore, Maryland 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com

Petitioning Creditors' Counsel