Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-10823 |
| **DYNAMIC INDUSTRIES SAUDI** | § | |
| **ARABIA LIMITED,** | § | Section "A" |
| | § | |
| Putative Debtor. | § | Chapter 7 |
| | § | |

---

### DECLARATION OF MARK A. MINTZ IN SUPPORT OF MOTION OF DYNAMIC INDUSTRIES SAUDI ARABIA LIMITED FOR ATTORNEYS' FEES AND COSTS PURSUANT TO 11 U.S.C. § 303(i) AND GRANTING RELATED RELIEF

Pursuant to 28 U.S.C. § 1746, I, Mark A. Mintz, hereby submit this declaration (this "**Declaration**") under penalty of perjury:

1.      I am over the age of 21 and competent and authorized to make this Declaration.[1] I have personal knowledge of the facts set forth herein. I am a partner and an authorized representative of the law firm of Jones Walker LLP ("**Jones Walker**" or the "**Firm**"). I practice out of the Firm's New Orleans office, located at 201 St. Charles Avenue, 49th Floor, New Orleans, Louisiana 70170-5100. I have been licensed to practice law in the state of Louisiana since 2008, and I am admitted to practice before the United States Bankruptcy Court for the Eastern District of Louisiana.

2.      I submit this Declaration in support of the *Motion of Dynamic Industries Saudi Arabia Limited for Attorneys' Fees and Costs Pursuant to 11 U.S.C. § 303(i) and Granting Related Relief* (the "**Motion**") filed contemporaneously herewith by Dynamic Industries Saudi Arabia

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion.

Limited ("**DISA**") in the above-referenced chapter 7 involuntary bankruptcy case (the "**Involuntary Case**").

3.       The Motion seeks entry of an order pursuant to section 303(i)(1) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the "**Bankruptcy Code**") awarding DISA its reasonable attorneys' fees and expenses incurred in the defense of the Involuntary Case.

4.       The exhibits referenced in the Motion and attached as exhibits hereto are true and correct to the best of my knowledge. Below is a list of the exhibits:

| Exhibit | Title |
|---------|-------|
| A | Summary of Attorneys' Fees and Costs of Jones Walker LLP for Legal Services Rendered Through August 24, 2022 |
| B | Summary of Attorneys' Fees and Costs of Jones Walker LLP for Legal Services Rendered Through September 30, 2022 |
| C | Summary of Attorneys' Fees and Costs of Jones Walker LLP for Legal Services Rendered Through October 21, 2022 |

5.       Except as otherwise indicated, all statements in this Declaration are based on my personal knowledge, my review of relevant documents or my opinion based upon my experience and knowledge. If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of the documents, or opinion based thereon.[2]

## JONES WALKER QUALIFICATIONS

6.       Jones Walker is frequently retained to act as counsel in defending debtors against involuntary petitions, and has also represented other parties-in-interest in involuntary bankruptcy

---

[2] Out of an abundance of caution Exhibits A, B, and C are redacted to protect DISA's attorney-client privilege, as well as any proprietary information included in the summaries that may relate to the ongoing litigation in the United States District Court for the Southern District of Texas. If the Court would like to review the summaries, DISA and Jones Walker can arrange for the Court to conduct an in-camera evaluation.

cases, including in the following cases (among others): *In re On-Site Fuel Service, Inc.*, Case No. 18-04196 (Bankr. S.D. Miss Oct. 30, 2018); *In re Advanced Technologies Inc.*, Case No. 17-11598 (Bankr. N.D. Miss. May 1, 2017); *In re Louisiana Hospital Center, L.L.C.*, Case No. 09-11346 (Bankr. E.D. La. May 7, 2009); *In re Fundamental Provisions, LLC*, Case No. 12-10048 (Bankr. M.D. La. January 13, 2012); *In re 3901 Ridgelake Drive, L.L.C.*, Case No. 08-11302 (Bankr. E.D. La. June 9, 2008); and *In re Hollywood Casino Shreveport*, Case No. 04-13259 (Bankr. W.D. La. Sept. 10, 2004).

7.     Jones Walker has also represented debtors, various committees, and other parties-in-interest, in the following bankruptcy cases (among others): *In re The Roman Catholic Church of the Archdiocese of New Orleans*, Case No. 20-10846 (Bankr. E.D. La. May 1, 2020); *In re Lilis Energy, Inc.*, et al, Case No. 20-3374 (Bankr. S.D. Tex. June 28, 2020); *In re Interlogic Outsourcing*, Case No. 20-325 (Bankr. W.D. Mich. Jan. 20, 2020); *In re Najeeb A. Khan*, Case No. 19-4258 (Bankr. W.D. Mich. Oct. 8, 2019); *In re PHI, Inc.*, Case No. 19-30923 (Bankr. S.D. Tex. Mar. 14, 2019); *In re Weatherly Oil & Gas, LLC*, Case No. 19-31087 (Bankr. S.D. Tex. Feb. 28, 2018); *In re Westmoreland Coal Co.*, Case No. 18-35672 (Bankr. S.D. Tex. Oct. 9, 2018); *In re iHeartMedia, Inc.*, Case No. 18-31274 (Bankr. S.D. Tex. Mar. 15, 2018); *In re Pacific Drilling S.A.*, Case No. 17-13193 (Bankr. S.D.N.Y. Nov. 12, 2017); *In re Horizon Shipbuilding*, Case No. 17-04041 (S.D. Ala. Oct. 24, 2017); *In re Nat'l Truck Funding, LLC*, Case No. 17-51243 (Bankr. S.D. Miss. June 26, 2017); *In re Tidewater Inc.*, Case No. 17-11132 (Bankr. D. Del. May 17, 2017); *In re FlyGLO, LLC*, Case No. 17-11015 (Bankr. E.D. La. Apr. 23, 2017); *In re LMCHH PCP, LLC*, Case No. 17-10353 (Bankr. E.D. La. Jan. 30, 2017); *In re IREP Montgomery-MRF, LLC*, Case No. 16-32279 (Bankr. M.D. Ala. Aug. 20, 2016); *In re Louisiana Pellets, Inc.*, Case No. 16-80162 (Bankr. W.D. La. Feb. 18, 2016); *In re Cal Dive Int'l, Inc.*, 15- 10458 (Bankr. D.

Del. Mar. 3, 2015); *In re Piccadilly, LLC*, Case No. 12-51127 (Bankr. W.D. La. Sept. 21, 2012); *In re Cmty. Home Fin. Servs., Inc.*, Case No. 12-01703 (Bankr. S.D. Miss. May 23, 2012); *In re Entergy New Orleans, Inc.*, Case No. 05-17697 (Bankr. E.D. La. Sept. 23, 2005).

## LEGAL SERVICES AND PROFESSIONAL COMPENSATION

8.      In connection with the Involuntary Case, DISA retained Jones Walker as bankruptcy counsel. Through its representation, Jones Walker professionals provided legal services as needed to defend DISA and to ultimately have the Involuntary Case dismissed.

9.      Specifically, Jones Walker rendered the following legal services (among others):

   a.   advised DISA with respect to its rights, powers, and duties as a potential debtor;

   b.   advised DISA concerning responses to the Involuntary Petition and the effect on the ongoing litigation in the United States District Court for the Southern District of Texas;

   c.   appeared in Court to protect the interests of DISA before this Court;

   d.   investigated the nature and validity of debts asserted by the Petitioning Creditors;

   e.   provided legal advice and performed legal services with respect to the Motion to Dismiss, the Response, and the subsequently filed Reply;

   f.   provided legal advice and performed legal services with respect to the Motion to Reopen;

   g.   advised DISA with respect to possible relief under 11 U.S.C. § 303; and

   h.   provided legal advice and performed legal services with respect to the contemporaneously filed Motion.

10.      Jones Walker charged DISA for its legal services on an hourly basis at its ordinary and customary rates in effect on the date that such services were rendered and for reimbursement

#100973916v1

of all costs and expenses incurred by Jones Walker in connection with its representation of DISA. Jones Walker's hourly rates are set at a level designed to fairly compensate Jones Walker for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned. Jones Walker's hourly fees in this Involuntary Case are within the range of those charged by attorneys of similar experience and expertise for engagements of scope and complexity similar to this Involuntary Case and are reasonable.

11. The compensation of Jones Walker's attorneys and paraprofessionals who provided services to DISA are at varying rates from $155.00 to $250.00 per hour for paraprofessionals, $315.00 per hour to $360.00 per hour for associates, and $375.00 per hour to $650.00 per hour for partners of Jones Walker. The rates for services rendered by the particular attorneys at Jones Walker are shown on the chart below:

| Attorney | Position | Hourly Rate |
|---|---|---|
| Joseph E. Bain | Partner, Bankruptcy & Restructuring | $650.00 |
| Mark A. Mintz | Partner, Bankruptcy & Restructuring | $550.00 |
| L. Etienne Balart | Partner, Maritime & Litigation | $375.00 |
| Edward D. Wegmann | Partner, Litigation | $375.00 |
| Olivia K. Greenberg | Associate, Bankruptcy & Restructuring | $360.00 |
| Swati Parashar | Associate, Bankruptcy & Restructuring | $360.00 |
| Taylor Wimberly | Associate, Litigation | $315.00 |

12. Jones Walker's rates in this matter are consistent with the rates that Jones Walker charges other comparable clients. Moreover, Jones Walker's rate structure is appropriate and not significantly different from the rates that Jones Walker charges for other non-bankruptcy

#100973916v1

representations or the rates other comparable counsel would charge to perform substantially similar services.

13.     As of February 6, 2023, Jones Walker professionals have spent approximately 241.40 hours on the Involuntary Case.[3] The hours are roughly itemized as follows:

| Matter | Hours |
|---|---|
| *Involuntary Petition Against a Non-Individual* | 29.4 |
| *Motion of Dynamic Industries Saudi Arabia Limited for an Order (I) Dismissing the Involuntary Petition Pursuant to 11 U.S.C. §§ 109, 303 and 305, (II) Granting Judgment in Favor of Dynamic Industries Saudi Arabia Limited Pursuant to 11 U.S.C. § 303(i), or, (III) Alternatively Requiring the Petitioning Creditors to Post a Bond to Indemnify Dynamic Industries Saudi Arabia Limited Pursuant to 11 U.S.C. § 303(e), and (IV) Granting Related Relief* | 111.5 |
| *Petitioning Creditors' Response in Opposition to Debtor Dynamic Industries Saudi Arabia Limited's Motion to Dismiss* | 60 |
| *Reply in Support of the Motion of Dynamic Industries Saudi Arabia Limited for an Order (I) Dismissing the Involuntary Petition Pursuant to 11 U.S.C. §§ 109, 303 and 305, (II) Granting Judgment in Favor of Dynamic Industries Saudi Arabia Limited Pursuant to 11 U.S.C. § 303(i), or, (III) Alternatively Requiring the Petitioning Creditors to Post a Bond to Indemnify Dynamic Industries Saudi Arabia Limited Pursuant to 11 U.S.C. § 303(e), and (IV) Granting Related Relief* | 25.4 |
| *Dynamic Industries Saudi Arabia Limited's Motion to Reopen the Involuntary Bankruptcy Case Pursuant to 11 U.S.C. § 350 and Fed. R. Bankr. P. 5010* | 4 |
| *Motion of Dynamic Industries Saudi Arabia Limited for Attorneys' Fees and Costs Pursuant to 11 U.S.C. § 303(i) and Granting Related Relief* | 11.1 |

14.     The hours spent on the respective matters within the Involuntary Case are reasonable and comparable to hours spent on similar matters. Jones Walker coordinated and monitored carefully the efforts of the professionals to avoid duplicative services and minimize costs.

---

[3] Jones Walker reserves the right to amend the final request for attorneys' fees and expenses based on the time spent in preparation of the Motion to Reopen, the Motion, and any subsequent filings related to the Motion to Reopen and the Motion.

#100973916v1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

New Orleans, Louisiana, this 9th day of February, 2023.

/s/ Mark A. Mintz
MARK A. MINTZ

#100973916v1

Exhibit A



**Please Remit Payments Only To:**
201 St. Charles Avenue, 50th Floor
New Orleans, LA 70170-5100
Telephone 504.582.8000
**Payments Only: jwar@joneswalker.com**
**Billing Inquiries: creditmanager@joneswalker.com**
**Fed. I.D. # 72-0445111**

September 6, 2022

Dynamic Industries
Attn: Mark Mahfouz
400 Poydras Street, Suite 1800
New Orleans, LA  70130

| | |
|---|---|
| Client: | 042298 |
| Matter: | 18718900 |
| Invoice #: | 1140971 |

RE:     Involuntary Bankruptcy Advices

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/28/22 | EDW | | 0.50 |
| 07/28/22 | TKW | | 0.80 |
| 07/28/22 | LEB | | 0.50 |
| 07/28/22 | JEB | | 1.90 |
| 07/29/22 | LEB | | 0.40 |
| 07/29/22 | MWG | | 0.40 |
| 07/29/22 | JEB | | 5.10 |
| 07/29/22 | MAM | | 2.50 |
| 07/30/22 | JEB | | 1.70 |

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/31/22 | JEB | | 4.60 |
| 08/01/22 | JEB | | 0.30 |
| 08/01/22 | MAM | | 1.00 |
| 08/02/22 | JEB | | 6.80 |
| 08/03/22 | JEB | | 1.30 |
| 08/04/22 | JEB | | 4.50 |
| 08/04/22 | TKW | | 2.90 |
| 08/05/22 | JEB | | 3.40 |
| 08/05/22 | TKW | | 2.10 |
| 08/06/22 | JEB | | 4.70 |
| 08/07/22 | JEB | | 5.80 |
| 08/08/22 | JEB | | 4.30 |
| 08/08/22 | OKG | | 6.40 |

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/09/22 | JEB | | 0.20 |
| 08/09/22 | OKG | | 5.60 |
| 08/09/22 | MAM | | 3.70 |
| 08/10/22 | JEB | | 0.60 |
| 08/10/22 | LEB | | 0.90 |
| 08/10/22 | OKG | | 1.40 |
| 08/10/22 | MAM | | 1.40 |
| 08/11/22 | JEB | | 0.70 |
| 08/11/22 | OKG | | 0.30 |
| 08/11/22 | OKG | | 1.70 |
| 08/12/22 | JEB | | 0.70 |
| 08/12/22 | LEB | | 0.60 |
| 08/12/22 | OKG | | 3.00 |
| 08/12/22 | OKG | | 0.50 |
| 08/12/22 | OKG | | 1.20 |
| 08/13/22 | OKG | | 2.70 |
| 08/15/22 | JEB | | 0.30 |
| 08/15/22 | OKG | | 1.70 |
| 08/15/22 | OKG | | 1.50 |

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/15/22 | MAM | | 2.50 |
| 08/16/22 | JEB | | 0.80 |
| 08/16/22 | OKG | | 2.50 |
| 08/16/22 | OKG | | 0.30 |
| 08/16/22 | OKG | | 0.60 |
| 08/16/22 | OKG | | 1.00 |
| 08/16/22 | OKG | | 2.00 |
| 08/16/22 | LEB | | 0.60 |
| 08/16/22 | MAM | | 2.20 |
| 08/17/22 | MAM | | 1.20 |
| 08/17/22 | OKG | | 4.00 |
| 08/17/22 | OKG | | 0.30 |
| 08/17/22 | OKG | | 0.20 |
| 08/17/22 | OKG | | 0.10 |
| 08/17/22 | OKG | | 0.30 |
| 08/17/22 | JEB | | 3.40 |

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/18/22 | OKG | █████████████████████████████ | 0.30 |
| 08/18/22 | OKG | █████████████████████████████ | 0.10 |
| 08/19/22 | MAM | █████████████████████████████ | 1.30 |
| 08/19/22 | OKG | █████████████████████████████ | 0.20 |
| 08/19/22 | OKG | █████████████████████████████ | 0.40 |
| 08/19/22 | JEB | █████████████████████████████ | 1.00 |
| 08/22/22 | OKG | █████████████████████████████ | 0.80 |
| 08/22/22 | OKG | █████████████████████████████ | 0.20 |
| 08/23/22 | MAM | █████████████████████████████ | 1.90 |
| 08/23/22 | JEB | █████████████████████████████ | 0.50 |
| 08/23/22 | OKG | █████████████████████████████ | 0.20 |
| 08/23/22 | OKG | █████████████████████████████ | 0.20 |
| 08/23/22 | OKG | █████████████████████████████ | 4.30 |
| 08/24/22 | JEB | █████████████████████████████ | 0.40 |

**Total Fees:**                                    **$63,248.50**

### Timekeeper Summary

| Initials | Timekeeper | Hours | Rate | Amount |
|----------|------------|-------|------|--------|
| MWG | Michelle W. Green | 0.40 | $210.00 | $84.00 |
| JEB | Joseph E. Bain | 53.00 | $650.00 | $34,450.00 |

## Timekeeper Summary

| Initials | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| LEB | L. E. Balart | 3.00 | $375.00 | $1,125.00 |
| MAM | Mark A. Mintz | 17.70 | $550.00 | $9,735.00 |
| OKG | Olivia K. Greenberg | 44.00 | $360.00 | $15,840.00 |
| EDW | Edward D. Wegmann | 0.50 | $375.00 | $187.50 |
| TKW | Taylor Wimberly | 5.80 | $315.00 | $1,827.00 |
| **Totals** | | **124.40** | | **$63,248.50** |

## Other Charges



| | | |
|---|---|---|
| 06/27/2022 | | 0.90 |
| 07/07/2022 | | 14.85 |
| 08/19/2022 | | 25.00 |
| 08/23/2022 | | 57.00 |
| | **Total Other Charges:** | **$97.75** |

**TOTAL AMOUNT DUE THIS INVOICE**          **$63,346.25**

Exhibit B



**Please Remit Payments Only To:**
201 St. Charles Avenue, 50th Floor
New Orleans, LA 70170-5100
Telephone 504.582.8000
**Payments Only: jwar@joneswalker.com**
**Billing Inquiries: creditmanager@joneswalker.com**
**Fed. I.D. # 72-0445111**

October 7, 2022

Dynamic Industries                                      Client:          042298
Attn: Mark Mahfouz                                 Matter:          18718900
400 Poydras Street, Suite 1800               Invoice #:       1145738
New Orleans, LA  70130

RE:     Involuntary Bankruptcy Advices

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/03/22 | OKG | | 2.50 |
| 08/04/22 | OKG | | 3.90 |
| 08/05/22 | OKG | | 5.10 |
| 08/05/22 | OKG | | 1.00 |
| 08/06/22 | OKG | | 2.00 |
| 08/07/22 | OKG | | 2.00 |
| 09/19/22 | JEB | | 0.50 |
| 09/19/22 | OKG | | 3.10 |
| 09/20/22 | JEB | | 0.70 |
| 09/20/22 | LEB | | 0.60 |

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/20/22 | OKG | | 4.50 |
| 09/21/22 | SP | | 1.20 |
| 09/21/22 | JEB | | 2.80 |
| 09/21/22 | LEB | | 0.40 |
| 09/21/22 | OKG | | 3.50 |
| 09/21/22 | OKG | | 0.50 |
| 09/22/22 | SP | | 0.00 |
| 09/22/22 | JEB | | 0.30 |
| 09/22/22 | OKG | | 2.30 |
| 09/23/22 | JEB | | 0.40 |
| 09/23/22 | OKG | | 2.40 |
| 09/24/22 | OKG | | 3.00 |
| 09/25/22 | OKG | | 6.50 |
| 09/26/22 | SP | | 0.50 |
| 09/26/22 | JEB | | 3.60 |
| 09/26/22 | OKG | | 4.70 |
| 09/27/22 | JEB | | 5.30 |

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/27/22 | TKW | | 0.40 |
| 09/28/22 | JEB | | 0.20 |
| 09/28/22 | TKW | | 0.80 |
| 09/29/22 | JEB | | 6.60 |
| 09/29/22 | SP | | 2.80 |
| 09/29/22 | LEB | | 0.20 |
| 09/29/22 | TKW | | 2.20 |
| 09/29/22 | OKG | | 2.90 |
| 09/30/22 | JEB | | 1.00 |
| 09/30/22 | OKG | | 4.30 |

**Total Fees:**                     **$36,563.00**

**Timekeeper Summary**

| Initials | Timekeeper | Hours | Rate | Amount |
|----------|-----------|-------|------|--------|
| JEB | Joseph E. Bain | 21.40 | $650.00 | $13,910.00 |
| LEB | L. E. Balart | 1.20 | $375.00 | $450.00 |
| OKG | Olivia K. Greenberg | 54.20 | $360.00 | $19,512.00 |
| SP | Swati Parashar | 4.50 | $360.00 | $1,620.00 |
| TKW | Taylor Wimberly | 3.40 | $315.00 | $1,071.00 |
| **Totals** | | **84.70** | | **$36,563.00** |

**Other Charges**

| 08/17/2022 | | 18.60 |
| 09/20/2022 | | 171.45 |
| 09/22/2022 | | 231.90 |

**Other Charges**

| Date | | Amount |
|------|------|-------:|
| 09/22/2022 | | 143.70 |
| 09/25/2022 | | 142.35 |
| 09/27/2022 | | 14.25 |
| 09/27/2022 | | 14.85 |
| 09/29/2022 | | 14.85 |
| 09/29/2022 | | 74.25 |
| | **Total Other Charges:** | **$826.20** |

**TOTAL AMOUNT DUE THIS INVOICE**                         **$37,389.20**

Exhibit C



**Please Remit Payments Only To:**
201 St. Charles Avenue, 50th Floor
New Orleans, LA 70170-5100
Telephone 504.582.8000
**Payments Only: jwar@joneswalker.com**
**Billing Inquiries: creditmanager@joneswalker.com**
**Fed. I.D. # 72-0445111**

November 4, 2022

Dynamic Industries
Attn: Mark Mahfouz
400 Poydras Street, Suite 1800
New Orleans, LA 70130

| | |
|---|---|
| Client: | 042298 |
| Matter: | 18718900 |
| Invoice #: | 1149749 |

RE:    Involuntary Bankruptcy Advices

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/29/22 | MAM | | 1.90 |
| 10/02/22 | JEB | | 2.00 |
| 10/02/22 | OKG | | 0.50 |
| 10/03/22 | JEB | | 3.00 |
| 10/03/22 | LEB | | 0.30 |
| 10/03/22 | OKG | | 4.60 |
| 10/03/22 | OKG | | 0.10 |
| 10/03/22 | MAM | | 1.50 |
| 10/04/22 | OKG | | 1.30 |

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/05/22 | JEB | | 0.60 |
| 10/17/22 | OKG | | 0.50 |
| 10/18/22 | JEB | | 0.30 |
| 10/18/22 | OKG | | 0.20 |
| 10/21/22 | JEB | | 0.40 |



**Total Fees:**     **$8,669.50**

### Timekeeper Summary

| Initials | Timekeeper | Hours | Rate | Amount |
|----------|------------|-------|------|--------|
| JEB | Joseph E. Bain | 6.30 | $650.00 | $4,095.00 |
| LEB | L. E. Balart | 0.30 | $375.00 | $112.50 |
| MAM | Mark A. Mintz | 3.40 | $550.00 | $1,870.00 |
| OKG | Olivia K. Greenberg | 7.20 | $360.00 | $2,592.00 |
| **Totals** | | **17.20** | | **$8,669.50** |

### Other Charges

| | | |
|---|---|---|
| 09/01/2022 | | 8.40 |
| 09/29/2022 | | 8.73 |
| 09/30/2022 | | 29.70 |
| 09/30/2022 | | 74.25 |
| 10/03/2022 | | 7.95 |

**Total Other Charges:**     **$129.03**

**TOTAL AMOUNT DUE THIS INVOICE**     **$8,798.53**