## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: | § | CASE NO: 22-10823 |
|  | § |  |
| DYNAMIC INDUSTRIES SAUDI | § | CHAPTER 7 |
| ARABIA LIMITED, | § |  |
|  | § | SECTION A |
| PUTATIVE DEBTOR. | § |  |

## ORDER

The Court held a status conference on May 12, 2025.

Appearances:  Olivia Greenberg & Mark Mintz, counsel for Dynamic Industries Saudi
Arabia Limited; and
Stephen Simms, counsel for the Petitioning Creditors.

For the reasons stated on the record,

**IT IS ORDERED** that the Court shall hold a compliance hearing on **Monday, July 14, 2025, at 10:00 a.m. IN PERSON** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130 to assess compliance with this Court's *Order* dated April 28, 2023 (the "Sanctions Order"), [ECF Doc. 59], and, in the event of non-compliance, to assess whether additional action should be taken by the Court to ensure compliance with the Sanctions Order.

**IT IS FURTHER ORDERED** that a corporate representative and/or counsel for Ultra Deep Picasso Pte. Ltd., Zakher Marine Saudi Company Limited, and Stanford Marine, LLC (collectively, the "Petitioning Creditors"), and Dynamic Industries Saudi Arabia Limited shall appear **IN PERSON** at the Compliance Hearing.

**IT IS FURTHER ORDERED** that, to the extent the Sanctions Order has been satisfied in full or in part by any of the Petitioning Creditors, Dynamic Industries Saudi Arabia Limited is instructed to file a notice of partial or complete satisfaction of sanctions into the record containing

the amount/portion of the sanctions award that has been satisfied. Should the parties reach an agreement prior to the Compliance Hearing regarding payment of the sanctions award, they may file appropriate pleadings with the Court requesting to continue the Compliance Hearing.

**IT IS FURTHER ORDERED** that Dynamic Industries Saudi Arabia Limited shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 13, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE