# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 22-10823 |
| DYNAMIC INDUSTRIES SAUDI ARABIA LIMITED, | § § § | CHAPTER 7 |
| | § | SECTION A |
| PUTATIVE DEBTOR. | § § § | |

## ORDER

Before the Court is the *Second Motion of Dynamic Industries Saudi Arabia Limited for Attorneys' Fees and Costs Pursuant to 11 U.S.C. § 303(i) and Granting Related Relief* (the "Motion"), [ECF Doc. 91], and the objection to the Motion, [ECF Doc. 112], filed Ultra Deep Picasso Pte. Ltd.

**IT IS ORDERED** *sua sponte* that the hearing to consider the Motion is **CONTINUED** from July 23, 2025, to **Wednesday, August 20, 2025, at 1:00 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that the Putative Debtor shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, July 21, 2025.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE